NO:

IN THE COURT OF CRIMINAL
APPEALS IN AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

WILLIAM RAINEY, PETITIONER
VS
STATE OF TEXAS, RESPONDENTS

FROM Appeal NO: 11-13-00297-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

TRIAL CAUSE NO: 22962
EASTLAND COUNTY TEXAS

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

To The HONORABLE JUDGES OF the COURT OF CRIMINAL APPEALS:

Now Comes, William Rainey, Petitioner pro se, and files this motion requesting an extension of time of 60 (Sixty) days in which to file a Petition For Discretionary Review. In support thereof petitioner would show the Court the following:

### I.

The Petitioner was convicted in the 91st District Court of Eastland County Texas for the offense of Indecency with a child by sexual contact. The Petitioner via court appointed attorney appealed to the 11th Court of Appeals, the case was affirmed on Sept. 30, 2015. The Petitioner requested and was granted an extension of time to file a Motion for En Banc Reconsideration. The motion was denied on December 3, 2013. The present deadline for filing the PDR is January 2nd, 2015. Petitioner has not made any previous requests.

## II.

Petitioners request for an extension of time is based upon the following facts: Inneffective Assistance of Counsel to wit: Abandonment, Breach of Contract. On Oct. 10, 2013 Tim Copeland, State Bar No. 04801500, notified appellant by certified mail of his appointment and entered into a voluntary written agreement stating "as I understand, my appointment by Judge Herod extends to the preparation of a Petition for Discretionary Review." On September 30, 2015 appellant attorney stated he would not prepare or file a PDR on my behalf, further notifying petitioner of his 30 day deadline. Appellant contends Tim Copeland entered into a voluntary written agreement by informing the petitioner via certified mail and without cause, at the request of additional assistance, abandoned the Petitioner at a critical stage.

Petitioner contends he is in need of the extension to obtain records, perform research, attempt to locate up-to-date case law not available at the Stiles Unit Law Library, and/or time to attempt to hire additional representation.

## II.
## ACCESS TO COURTS

Because Petitioner is not skilled in filing a PDR, he or whom he may employ, will need time to adequately prepare, conduct research and secure monies to purchase copies as needed. Thus the extension of time is required. Furthermore, upon further review of the Texas Rules of Appellate Procedure petitioner hereby notifies this Court that the Texas Department of Criminal Justice, Access to Courts, Law Library (Stiles Unit) does Not allow offenders access to: (a) Computers/Word Processors for typing, preparing, word counting or, (b) Up-to-date case law, up-to-date Court of Criminal appeals websites, rulings, etc or, (c) copying machines.

In light of these facts, the Petitioner, IN THE INTEREST OF JUSTICE and Equal Protection Under the Law, respectfully prays this Court to mandate TDCJ to permit access to the afforementioned in order for petitioner to timely and adequately comply with all Texas Rules of Appellate Procedure; and/or in the alternative petitioner prays this Court to temporarily suspend T.R.A.P. Rule 9.3 "Number of Copies"; Rule 9.4 "Form" and IN THE INTEREST OF JUSTICE and expediency Rule 9.5, Rule 68.11 and/or Rule 68.6 "Non conforming Petition"; which the appellant, due to confinement, restriction by TDCJ rules and procedures or by human error or ignorance as a laymen at law, fails to comply with. Or in the alternative appoint counsel to review and prepare appellants brief.

## PRAYER

Wherefore, premises considered, petitioner prays this Court Grant this motion, extend the deadline for filing his PDR until February 29th or later due to Court closings and holidays. Petitioner prays for any other orders and/or relief sought or which the Court determines he is hereafter entitled to.

Prayerfully,

William Rainey
Appellant, Pro Se
TDCJ # 1885507
3060 FM 3514
Beaumont, Tx
77705

Verification and Certificate of Service:
I, WLR TDCJ# 1885507, verify under penalty of perjury that the foregoing statements are true and correct. A true and correct copy of the Motion for Extension of Time to file a PDR has been forwarded by U.S. Mail, Postage Prepaid to the clerk of the Court of Criminal Appeals Po Box 12405 Austin Tx 78711 on this the 10th day of December 2015

Signed William Rainey   William Rainey

3 of 3